1 | ROBERT S. CHAPMAN (State Bar No. 70428)
2 | GREGORY P. BARCHIE (State Bar No. 235022)
SAUER & WAGNER LLP
3 | 1801 Century Park East, Suite 1150
Los Angeles, California 90067
4 | Tel: (310) 712-8100  Fax: (310) 712-8108
5 | Email: rchapman@swattys.com;  gbarchie@swattys.com
6 |
Attorneys for Plaintiff KFT Enterprises, No. 1 L.P.
7 |
8 |
9 |                    UNITED STATES DISTRICT COURT
10 |
11 |                   CENTRAL DISTRICT OF CALIFORNIA
12 |
13 | KFT ENTERPRISES, NO. 1 L.P., a          CASE NO. C V 22-9389-MWF(RAOx)
California limited partnership
14 |                                          **JUDGMENT**
                     Plaintiff,
15 |                                          Complaint filed: November 16, 2022
          v.
16 |
ALBERTSON'S LLC, and DOES 1
17 | through 10, inclusive,                   Judicial Referee: Hon. Richard Stone
                                             (Ret.)
18 |                  Defendant.
19 |
20 |
21 |
22 |       Pursuant to Defendant Albertson's LLC's ("Defendant") December 14, 2024

23 | Offer of Judgment Pursuant to California Code of Civil Procedure Section 998, and

24 | Plaintiff KFT ENTERPRISES, NO. 1 L.P.'s ("Plaintiff") January 10, 2024

25 | acceptance of the offer, and good cause appearing, the Court hereby enters

26 | judgment as follows:

27 |

28 |

JS-6

SAUER & WAGNER LLP
1801 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

1

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     Plaintiff shall have Judgment in favor of Plaintiff and against Defendant in the sum of $3 million, inclusive of all damages and interest;

2.     Plaintiff shall recover its costs of suit and reasonable attorney's fees as the prevailing party in the action, in an amount awarded by the Judicial Referee on Plaintiff's motion;

3.     Defendant paid Plaintiff $2,000,000 on May 30, 2023 (the "$2 Million Payment"), which payment shall be applied to the Judgment and shall reduce the amount of the Judgment by $2,000,000.

4.     With respect to the $2 Million Payment, Defendant previously reserved its rights with respect to a portion of the $2 Million Payment (the "Reservation"). With this Judgment, Defendant releases the Reservation in its entirety.

5.     Plaintiff shall recover no further relief, legal or equitable, with respect to its Complaint.

DATED: January 17, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

Approved as to form:

Hon. Richard Stone (Ret.)
_____
Hon. Richard Stone (Ret.), Judicial Referee

SAUER & WAGNER LLP
1801 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

2

JUDGMENT